[No. 6973–0–I. Division One. June 2, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ELMER
McDUFFIE, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 86012, Carolyn R. Dimmick, J., entered September 26, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by James and Williams, JJ.